UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION - PIKEVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>V.<br><br>LATISHA R. MCCOY,<br>    Defendant. | CRIMINAL NO. 7:17-01-KKC<br><br><br>**ORDER** |

This matter is before the Court on a recommended disposition in which the Magistrate Judge makes certain recommendations regarding the defendant's admitted violations of the terms of his supervised release (DE 301). No party has filed objections to the recommendation and the defendant has waived her right to appear before the district judge and to make a statement and present mitigating information (DE 303).

Accordingly, the Court hereby ORDERS that the recommended disposition is ADOPTED as the Court's opinion. The Court will enter a judgment consistent with the recommendation.

KAREN K. CALDWELL
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF KENTUCKY